

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00455-CV

**EX PARTE V.T.C.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06739
Honorable Solomon Casseb III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order of expunction is AFFIRMED. We ORDER appellee V.T.C. is awarded the costs he incurred related to this appeal.

SIGNED August 14, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice